John K. Cullin, Appellant, v. William J. Alvord, as Sheriff, etc., of Columbia County, Respondent, Impleaded with Matthew R. Ryder.— Judgment unanimously affirmed, with costs. No opinion.

Marion Daley, an Infant, etc., by Joseph M. Daley, Her Guardian ad Litem, Respondent, v. Dennis Ratigan, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion.

Chester H. Gregory, Respondent, v. Elmira Water, Light and Railroad Company, Appellant.— Motion granted.

Hinckel Brewery Company, Plaintiff, v. Christopher Newman, Sometimes Called Chris. Newman, Respondent. (No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred, except Chester, J., dissenting.

Hinckel Brewery Company, Plaintiff, v. Christopher Newman, Sometimes Called Chris. Newman, Respondent. (No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred, except Chester, J., dissenting.

David H. Ingalls, Respondent, v. Albertus D. Perkins and William T. Perkins, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion.

Hiram Kells, Respondent, v. J. E. Davis Manufacturing Company, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion.

John Landin, Respondent, v. Cunard Steamship Company, Limited, Appellant. — Judgment unanimously affirmed, with costs. No opinion.

Irving Moyer, Appellant, v. The Village of Nelliston, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

In the Matter of the Application of Thomas H. Dwyer, Appellant, for a Writ of Mandamus against William H. Gearin, as Comptroller of the City of Troy, Respondent.— Order affirmed, with costs. No opinion. All concurred, except Kellogg, J., dissenting.

Patrick McGuire, Appellant, v. Union Mutual Life Insurance Company, Respondent.—Order modified so that instead of amending the notice of appeal it directs an acceptance of the notice of appeal served June 22, 1905, and as so modified affirmed, without costs. No opinion. All concurred.

In the Matter of the Claim of Elijah Shoen, Respondent, v. E. J. Scott, as Administrator with the Will Annexed of Archibald Scott, Deceased, Appellant.— Judgment unanimously affirmed. No opinion.

Elizabeth McCall, Appellant, v. Supreme Council American Legion of Honor, Respondent.— Judgment reversed and new trial granted, with costs to appellant to abide event, upon the authority of *Butler* v. *Supreme Council* (105 App. Div. 164). No opinion. All concurred.

Irving Moyer. Respondent, v. The Village of Nelliston, Appellant.— Motion to dismiss appeal denied, without costs.

The People of the State of New York ex rel. Fahnestock Transmitter Company, Relator, v. Otto Kelsey, as Comptroller of the State of New York, Respondent.— Determination of the Comptroller confirmed, with fifty dollars costs and disbursements. No opinion. All concurred.

George B. Sweet, Respondent, v. Joseph Howell, as Administrator, etc., of Sophia Howell, Deceased, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion.

William G. Strait and Others, Respondents, v. Walter E. Lindsay, Appellant, and Others Who, with Said Walter E. Lindsay, Comprise the Firm of Walter E. Lindsay & Company.— Judgment and order unanimously affirmed, with costs. No opinion.

William R. Slocum, Respondent, v. Byron J. Town and Cassius B. Thomas, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion; Kellogg, J., not sitting.

Frank Walrod, Appellant, v. Henry Noel, as Treasurer of Inland Seamen's Union, Respondent.— Judgment unanimously affirmed, with costs. No opinion.

Matthias H. Arnot, as Trustee, v. Union Salt Company.— Motion for reargument denied.

Lordville and Equinunk Bridge Company v. Charles De Lackner.— Motion granted, with ten dollars costs, unless the appellant, within thirty days after service of a copy of this order, file and serve the necessary papers on appeal and

pay ten dollars for the default and ten dollars costs of motion, in which case motion denied, without costs.

Patrick Monahan v. Schenectady Railway Company.— Motion denied.

Mary E. Mack v. Thomas J. Hilsinger.— Motion granted.

John H. Rourke and Others v. The Elk Drug Company and Others.— Motion denied.

Albert A. Vaughn v. Glens Falls Portland Cement Company.— Motion denied.